| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS** |
| Case number (if known): _____ Chapter **11** |

☐ Check if this is an amended filing

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy** 06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

1. **Debtor's name**: Devils River Distillery, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**: 83-4610987

4. **Debtor's address**:
   
   **Principal place of business**
   2700 N. Interstate 35
   Number  Street
   
   San Antonio  TX  78208
   City  State  ZIP Code
   
   BEXAR
   County
   
   **Mailing address, if different from principal place of business**
   
   Number  Street
   P.O. Box
   City  State  ZIP Code
   
   **Location of principal assets, if different from principal place of business**
   
   Number  Street
   City  State  ZIP Code

5. **Debtor's website (URL)**:

6. **Type of debtor**:
   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor **Devils River Distillery, LLC**     Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

Debtor **Devils River Distillery, LLC** _____ Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☑ No
   ☐ Yes. District _____ When _____ Case number _____
   MM / DD / YYYY
   District _____ When _____ Case number _____
   MM / DD / YYYY
   District _____ When _____ Case number _____
   MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☑ No
    ☐ Yes. Debtor _____ Relationship _____
    District _____ When _____
    MM / DD / YYYY
    Case number, if known _____

    Debtor _____ Relationship _____
    District _____ When _____
    MM / DD / YYYY
    Case number, if known _____

11. **Why is the case filed in _this district_?**

    *Check all that apply:*

    ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor **Devils River Distillery, LLC**      Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number    Street

_____
City      State      ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

### Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49    ☐ 1,000-5,000    ☐ 25,001-50,000
☐ 50-99    ☐ 5,001-10,000    ☐ 50,001-100,000
☐ 100-199    ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000    ☑ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion
☑ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

Debtor **Devils River Distillery, LLC**     Case number (if known) _____

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/01/2025**
MM / DD / YYYY

X **/s/ Michael P. Cameron**
Signature of authorized representative of debtor

**Michael P. Cameron**
Printed name

**CEO and President**
Title

**18. Signature of attorney**

X **/s/ MICHAEL G. COLVARD**     Date **05/01/2025**
Signature of attorney for debtor     MM / DD / YYYY

**MICHAEL G. COLVARD**
Printed name

**Martin & Drought, P.C.**
Firm name

**Weston Centre**
Number   Street

**112 East Pecan Street**

**San Antonio**     **TX**     **78205**
City     State     ZIP Code

**(210) 227-7591**     **mcolvard@mdtlaw.com**
Contact phone     Email address

**04629200**
Bar number     State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Devils River Distillery, LLC** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Pollock<br>P.O. Box 735070<br>Dallas, TX 75373-5070 | | ACCOUNT BALANCE | | | | $50,634.60 |
| 2 | Persedo<br>5318 FM 517, Bldg. C<br>Alvin, TX 77511 | | ACCOUNT BALANCE | | | | $19,270.71 |
| 3 | Parking Management<br>3713 Charlotte Ave.<br>Nashville, TN 37209 | | ACCOUNT BALANCE | | | | $5,927.77 |
| 4 | EcoCare<br>P.O. Box 759<br>Round Rock, TX 78680 | | ACCOUNT BALANCE | | | | $3,990.47 |
| 5 | Ben E. Keith<br>P.O. Box 1570<br>Fort Worth, TX 76101 | | ACCOUNT BALANCE | | | | $3,839.79 |

Official Form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  page 1

Debtor    **Devils River Distillery, LLC**          Case number (if known) _____
          Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | Fink Cigar<br>12923 Jones Maltsberger Rd.<br>San Antonio, TX 78247-4218 | | ACCOUNT BALANCE | | | | $3,065.50 |
| 7 | Alsco<br>3323 East Commerce<br>San Antonio, TX 78220 | | ACCOUNT BALANCE | | | | $1,546.73 |
| 8 | PlayBall Marketing<br>17203 N.W. Millitary, Suite 8306<br>San Antonio, TX 78257 | | ACCOUNT BALANCE | | | | $1,069.46 |
| 9 | Spec's<br>2410 Smith Street<br>Houston, TX 77006 | | ACCOUNT BALANCE | | | | $975.00 |
| 10 | Texas Mutual Insurance<br>6210 East Hwy. 290<br>Austin, TX 78723-1098 | | ACCOUNT BALANCE | | | | $852.15 |
| 11 | Food Related<br>17401 Triton<br>Schertz, TX 78154 | | ACCOUNT BALANCE | | | | $291.25 |
| 12 | Alamo City Liquors<br>1311 N. Alamo<br>San Antonio, TX 78215 | | ACCOUNT BALANCE | | | | $222.43 |
| 13 | Slow Dough Bread Co.<br>9330 W. Airport Blvd. Suite 100<br>Houston, TX 77031 | | ACCOUNT BALANCE | | | | $198.06 |

Official Form 204    **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**    page 2

Debtor **Devils River Distillery, LLC**      Case number (if known) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | IPRO Media<br>P.O. Box 58<br>Van Alstyne, TX 75495 | | ACCOUNT BALANCE | | | | $165.07 |
| 15 | Vallance Inc.<br>1 Commercial Place<br>Schertz, TX 78154 | | ACCOUNT BALANCE | | | | $146.08 |
| 16 | Alphagraphics<br>2722 N. Josey Lane<br>Suite 100<br>Carrolton, TX 75007 | | ACCOUNT BALANCE | | | | $79.74 |
| 17 | Here Comes the Guide<br>Hopscotch Press, Inc.<br>21 Orinda Way, Suite C, #428<br>Orinda, CA 94563 | | ACCOUNT BALANCE | | | | $0.00 |
| 18 | Grandstand<br>P.O. Box 3497<br>Wichita, KS 67201 | | ACCOUNT BALANCE | | | | $0.00 |
| 19 | Five X Solutions<br>1550 Wewatta St., Suite 200<br>Denver, CO 80202 | | ACCOUNT BALANCE | | | | $0.00 |
| 20 | Easy Ice<br>P.O. Box 650769<br>Dallas, TX 75265-0769 | | ACCOUNT BALANCE | | | | $0.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 3

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE: **Devils River Distillery, LLC**　　　　　　　　　　　　　　　CASE NO

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER　**11**

# VERIFICATION OF CREDITOR MATRIX

　　　The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date　5/1/2025　　　　　　　　　　　　Signature　**/s/ Michael P. Cameron**
　　　　　　　　　　　　　　　　　　　　　　　　　　　***Michael P. Cameron***
　　　　　　　　　　　　　　　　　　　　　　　　　　　***CEO and President***


Date　　　　　　　　　　　　　　　　　Signature

Alamo City Liquors
1311 N. Alamo
San Antonio, TX 78215

CITY PUBLIC SERVICE
PO BOX 2678
SAN ANTONIO, TX 78289-0001

Hire Dragons
15700 S. Delavan Cv.
Austin, TX 78717

Alphagraphics
2722 N. Josey Lane
Suite 100
Carrolton, TX 75007

Crystal Nobles Fineart
706 N. Lea Avenue
Roswell, NM 88201

Inline Filling Systems
216 Seaboard Avenue
Venice, FL 34285

Alsco
3323 East Commerce
San Antonio, TX 78220

CSI
4718 Camino Dorado Dr.
San Antonio, TX 78233

IPRO Media
P.O. Box 58
Van Alstyne, TX 75495

Ascap
P.O. Box 331608
Attn: Account Services
Nashville, TN 37203-7515

Easy Ice
P.O. Box 650769
Dallas, TX 75265-0769

JumpFiber, Inc.
16414 San Pedro Ave.
Ste. 525
San Antonio, TX 78232

Ben E. Keith
P.O. Box 1570
Fort Worth, TX 76101

EcoCare
P.O. Box 759
Round Rock, TX 78680

Mail Chimp
675 Ponce De Leon Ave. NE
Suite 5000
Atlanta, GA 30308

Berlin Packaging
P.O. Box 74007164
Chicago, IL 60674-7164

Fink Cigar
12923 Jones Maltsberger Rd.
San Antonio, TX 78247-4218

MGP
Cray Business Plaza
100 Commercial Street
P.O. Box 130
Atchison, KS 66002

Bexar County Tax Assessor-Colle
P.O.Box 2903
San Antonio, TX 78299-2903

Five X Solutions
1550 Wewatta St.,
Suite 200
Denver, CO 80202

Parking Management
3713 Charlotte Ave.
Nashville, TN 37209

BMI
10 Music Square East
Nashville, TN 37203-4399

Food Related
17401 Triton
Schertz, TX 78154

Persedo
5318 FM 517, Bldg. C
Alvin, TX 77511

Chem Aqua
P.O. Box 971269
Irving, TX 75397-1269

Grandstand
P.O. Box 3497
Wichita, KS 67201

PlayBall Marketing
17203 N.W. Millitary, Suite 830
San Antonio, TX 78257

City of San Antonio
Revenue Collections
P.O. Box 60
San Antonio, TX 78291-0060

Here Comes the Guide
Hopscotch Press, Inc.
21 Orinda Way, Suite C, #428
Orinda, CA 94563

Pollock
P.O. Box 735070
Dallas, TX 75373-5070

Proficient Benefit Solutions
P.O. Box 380768
San Antonio, TX 78268

Top Tier Security Consulting LLC
24006 Alpine Lodge
San Antonio, TX 78258

San Antonio Water System
P.O. Box 2990
San Antonio, TX 78299-2990

Tricorbraun
5122 Dietrich Rd., Ste. 100
San Antonio, TX 78219

Shur-Flow Beverages
5804 Babcock Road, Suite 135
San Antonio, TX 78240-2134

Uline
P.O. Box 88741
Chicago, IL 60680-1741

Slow Dough Bread Co.
9330 W. Airport Blvd.
Suite 100
Houston, TX 77031

Vallance Inc.
1 Commercial Place
Schertz, TX 78154

Spec's
2410 Smith Street
Houston, TX 77006

Videojet Technologies, Inc.
1500 Mittel Boulevard
Wood Dale, IL 60191-1073

Spectrum Business
P.O. Box 60074
City of Industry, CA 91716-0074

Speed Industrial
P.O. Box 4356, Dept. 2284
Houston, TX 77210-4356

TABC
P.O. Box 13127
Austin, TX 78711-3127

Texas Mutual Insurance
6210 East Hwy. 290
Austin, TX 78723-1098

Texas Package Stores Association
1122 Colorado Street, Suite 313
Austin, TX 78701