**Fill in this information to identify the case:**

Debtor: **Devils River Distillery, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **25-50960**

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).
   - ☐ No. Go to Part 2.
   - ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Bexar County Tax Assessor-Collector**<br>**P.O.Box 2903**<br><br>**San Antonio          TX       78299-2903**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** ) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Taxes**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $0.00 | $0.00 |
| **2.2** Priority creditor's name and mailing address<br>**INTERNAL REVENUE SERVICE**<br>**Special Procedures - Insolvency**<br>**P.O. BOX 21126**<br><br>**PHILADELPHIA          PA       19114**<br>Date or dates debt was incurred<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** ) | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Taxes**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $0.00 | $0.00 |

| Debtor | **Devils River Distillery, LLC** | Case number (if known) **25-50960** |
|---|---|---|

### Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|
| | | |

**2.3 Priority creditor's name and mailing address**
Texas Alcohol Beverage Comm
License and Permits Division
P.O. Box 13127

Austin          TX     78711

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00     Priority amount: $0.00

---

**2.4 Priority creditor's name and mailing address**
Texas Attorney General's Office
Bankruptcy-Collections Div.
P.O. Box 12548
Austin          TX     78711-2548

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( ____ ) **Administrative Prior**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Notice Only

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00     Priority amount: $0.00

---

**2.5 Priority creditor's name and mailing address**
Texas Comptroller of Public Accounts
P.O. Box 13528

Austin          TX     78711-3528

**Date or dates debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( **8** )

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $0.00     Priority amount: $0.00

| Debtor | **Devils River Distillery, LLC** | Case number (if known) | **25-50960** |
|---|---|---|---|

### Part 1: Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.6** Priority creditor's name and mailing address
**Texas Workforce Commission**
**P.O. Box 12548, MC008**

**Austin** **TX** **78711-2548**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

---

**2.7** Priority creditor's name and mailing address
**United States Attorney**
**Taxpayer Division**
**601 NW Loop 410, Suite 600**

**San Antonio** **TX** **78216-5512**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

---

**2.8** Priority creditor's name and mailing address
**United States Attorney General**
**950 Pennsylvania Ave., NW**

**Washington** **DC** **20530-0001**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a)( **8** )

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$0.00**   Priority amount: **$0.00**

Debtor **Devils River Distillery, LLC**     Case number (if known) **25-50960**

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

### 3.1 Nonpriority creditor's name and mailing address

**Alamo City Liquors**
**1311 N. Alamo**

**San Antonio**    **TX**    **78215**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$222.43**

### 3.2 Nonpriority creditor's name and mailing address

**Alphagraphics**
**2722 N. Josey Lane**
**Suite 100**

**Carrolton**    **TX**    **75007**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$79.74**

### 3.3 Nonpriority creditor's name and mailing address

**Alsco**
**3323 East Commerce**

**San Antonio**    **TX**    **78220**

Date or dates debt was incurred

Last 4 digits of account number **2 1 9 6**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$1,546.73**

### 3.4 Nonpriority creditor's name and mailing address

**Ascap**
**P.O. Box 331608**
**Attn: Account Services**

**Nashville**    **TN**    **37203-7515**

Date or dates debt was incurred

Last 4 digits of account number **3 8 0 6**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
- [x] No
- [ ] Yes

**$0.00**

| Debtor | **Devils River Distillery, LLC** | Case number (if known) | **25-50960** |
|---|---|---|---|

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.5** Nonpriority creditor's name and mailing address
**Ben E. Keith**
**P.O. Box 1570**

**Fort Worth    TX    76101**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

$3,839.79

---

**3.6** Nonpriority creditor's name and mailing address
**Berlin Packaging**
**P.O. Box 74007164**

**Chicago    IL    60674-7164**

Date or dates debt was incurred
Last 4 digits of account number    6  5  4  9

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.7** Nonpriority creditor's name and mailing address
**BMI**
**10 Music Square East**

**Nashville    TN    37203-4399**

Date or dates debt was incurred
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

---

**3.8** Nonpriority creditor's name and mailing address
**Chem Aqua**
**P.O. Box 971269**

**Irving    TX    75397-1269**

Date or dates debt was incurred
Last 4 digits of account number    1  5  4  1

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

$0.00

| Debtor | **Devils River Distillery, LLC** | Case number (if known) | **25-50960** |
|---|---|---|---|

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.9** Nonpriority creditor's name and mailing address

City of San Antonio
Revenue Collections
P.O. Box 60

San Antonio   TX   78291-0060

Date or dates debt was incurred
Last 4 digits of account number  0 8 1 5

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.10** Nonpriority creditor's name and mailing address

CITY PUBLIC SERVICE
PO BOX 2678

SAN ANTONIO   TX   78289-0001

Date or dates debt was incurred
Last 4 digits of account number  4 0 5 0

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

---

**3.11** Nonpriority creditor's name and mailing address

Commerce Street Capital
1445 Ross Avenue, Suite 2700

Dallas   TX   75202

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
☒ No
☐ Yes

$4,500.00

---

**3.12** Nonpriority creditor's name and mailing address

Crystal Nobles Fineart
706 N. Lea Avenue

Roswell   NM   88201

Date or dates debt was incurred
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
☒ No
☐ Yes

$0.00

| Debtor | **Devils River Distillery, LLC** | Case number (if known) **25-50960** |
|---|---|---|

**Part 2: Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**CSI**
**4718 Camino Dorado Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio    TX    78233**

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number    6  1  4  2

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Easy Ice**
**P.O. Box 650769**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas    TX    75265-0769**

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,990.47 |
|---|---|---|---|

**EcoCare**
**P.O. Box 759**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Round Rock    TX    78680**

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Favorite Brands**
**3900 North McColl Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**McAllen    TX    78501**

Basis for the claim:
**ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Devils River Distillery, LLC** | Case number (if known) **25-50960** |
|---|---|---|

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.17** **Nonpriority creditor's name and mailing address**

**Fink Cigar**
**12923 Jones Maltsberger Rd.**

**San Antonio**     **TX**     **78247-4218**

Date or dates debt was incurred

Last 4 digits of account number    7   8   0   7

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNT BALANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,065.50

---

**3.18** **Nonpriority creditor's name and mailing address**

**Five X Solutions**
**1550 Wewatta St.,**
**Suite 200**

**Denver**     **CO**     **80202**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNT BALANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

**3.19** **Nonpriority creditor's name and mailing address**

**Food Related**
**17401 Triton**

**Schertz**     **TX**     **78154**

Date or dates debt was incurred

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNT BALANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

$291.25

---

**3.20** **Nonpriority creditor's name and mailing address**

**Grandstand**
**P.O. Box 3497**

**Wichita**     **KS**     **67201**

Date or dates debt was incurred

Last 4 digits of account number    6   9   3   8

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNT BALANCE

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

---

Debtor **Devils River Distillery, LLC**     Case number (if known) **25-50960**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**     Amount of claim

---

**3.21**    Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Here Comes the Guide**
**Hopscotch Press, Inc.**
**21 Orinda Way, Suite C, #428**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Orinda    CA    94563**

Basis for the claim: **ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.22**    Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Hire Dragons**
**15700 S. Delavan Cv.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin    TX    78717**

Basis for the claim: **ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.23**    Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**

**Inline Filling Systems**
**216 Seaboard Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Venice    FL    34285**

Basis for the claim: **ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.24**    Nonpriority creditor's name and mailing address     **As of the petition filing date, the claim is:** *Check all that apply.*     **$165.07**

**IPRO Media**
**P.O. Box 58**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Van Alstyne    TX    75495**

Basis for the claim: **ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| | | |
|---|---|---|
| Debtor | **Devils River Distillery, LLC** | Case number (if known) **25-50960** |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.25** **Nonpriority creditor's name and mailing address**
JumpFiber, Inc.
16414 San Pedro Ave.
Ste. 525

San Antonio   TX   78232

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNT BALANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.26** **Nonpriority creditor's name and mailing address**
Mail Chimp
675 Ponce De Leon Ave. NE
Suite 5000

Atlanta   GA   30308

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNT BALANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.27** **Nonpriority creditor's name and mailing address**
MGP
Cray Business Plaza
100 Commercial Street
P.O. Box 130
Atchison   KS   66002

Date or dates debt was incurred
Last 4 digits of account number 5 4 3 W

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNT BALANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.28** **Nonpriority creditor's name and mailing address**
MGP Ingredients, LLC
Cray Business Plaza
100 Commercial Street
P.O. Box 130
Atchison   KS   66002

Date or dates debt was incurred
Last 4 digits of account number 5 4 3 W

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNT BALANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,406.45

Debtor **Devils River Distillery, LLC**     Case number (if known) **25-50960**

## Part 2: Additional Page

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.*

Amount of claim

---

**3.29** Nonpriority creditor's name and mailing address

**MGPI of Indiana, LLC**
**c/o MGP Ingredients, Inc.**
**100 Commerical Street**
**P.O. Box 130**
**Atchison    KS    66002**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

**Warehouse Service Agreement**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract/Lease**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.30** Nonpriority creditor's name and mailing address

**Mission Restaurant Supply**
**1126 N. St. Mary's Street**

**San Antonio    TX    78210**

Date or dates debt was incurred   **3/20/2020**
Last 4 digits of account number   __ __ __ __

**Lease of kitchen equipment**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Contract/Lease**

Is the claim subject to offset?
☒ No
☐ Yes

**Unknown**

---

**3.31** Nonpriority creditor's name and mailing address

**Parking Management**
**3713 Charlotte Ave.**

**Nashville    TN    37209**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☒ No
☐ Yes

**$5,927.77**

---

**3.32** Nonpriority creditor's name and mailing address

**Persedo**
**5318 FM 517, Bldg. C**

**Alvin    TX    77511**

Date or dates debt was incurred
Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**ACCOUNT BALANCE**

Is the claim subject to offset?
☒ No
☐ Yes

**$19,270.71**

---

Debtor **Devils River Distillery, LLC**     Case number (if known) **25-50960**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.33** **Nonpriority creditor's name and mailing address**    **$1,069.46**

**PlayBall Marketing**

**17203 N.W. Millitary, Suite 8306**

**San Antonio**    **TX**    **78257**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** ACCOUNT BALANCE

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.34** **Nonpriority creditor's name and mailing address**    **$50,634.60**

**Pollock**

**P.O. Box 735070**

**Dallas**    **TX**    **75373-5070**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** ACCOUNT BALANCE

Date or dates debt was incurred

Last 4 digits of account number 2 6 5 7

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.35** **Nonpriority creditor's name and mailing address**    **$0.00**

**Proficient Benefit Solutions**

**P.O. Box 380768**

**San Antonio**    **TX**    **78268**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** ACCOUNT BALANCE

Date or dates debt was incurred

Last 4 digits of account number __ 7 7 2

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.36** **Nonpriority creditor's name and mailing address**    **$0.00**

**San Antonio Water System**

**P.O. Box 2990**

**San Antonio**    **TX**    **78299-2990**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** ACCOUNT BALANCE

Date or dates debt was incurred

Last 4 digits of account number 0 0 0 2

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor **Devils River Distillery, LLC**     Case number (if known) **25-50960**

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.37** Nonpriority creditor's name and mailing address     **$258,929.69**
**Sazerac**
**10101 Linn Station Rd.**
**Louisville KY 40223**

As of the petition filing date, the claim is: *Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address     **$0.00**
**Shur-Flow Beverages**
**5804 Babcock Road, Suite 135**
**San Antonio TX 78240-2134**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address     **$198.06**
**Slow Dough Bread Co.**
**9330 W. Airport Blvd.**
**Suite 100**
**Houston TX 77031**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Date or dates debt was incurred
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address     **$35,700.00**
**Sol Schwartz & Associates**
**8000 IH-10 West**
**San Antonio TX 78230**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Date or dates debt was incurred
Last 4 digits of account number 1 0 0 1

Is the claim subject to offset?
☒ No
☐ Yes

Debtor **Devils River Distillery, LLC**     Case number (if known) **25-50960**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**    Amount of claim

---

**3.41** Nonpriority creditor's name and mailing address

**Spec's**
**2410 Smith Street**

**Houston**    **TX**    **77006**

Date or dates debt was incurred

Last 4 digits of account number    4   3   2   9

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
☒ No
☐ Yes

Amount: **$975.00**

---

**3.42** Nonpriority creditor's name and mailing address

**Spectrum Business**
**P.O. Box 60074**

**City of Industry**    **CA**    **91716-0074**

Date or dates debt was incurred

Last 4 digits of account number    7   4   5   9

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
☒ No
☐ Yes

Amount: **$0.00**

---

**3.43** Nonpriority creditor's name and mailing address

**Speed Industrial**
**P.O. Box 4356, Dept. 2284**

**Houston**    **TX**    **77210-4356**

Date or dates debt was incurred

Last 4 digits of account number    3   4   6   0

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
☒ No
☐ Yes

Amount: **$0.00**

---

**3.44** Nonpriority creditor's name and mailing address

**TABC**
**P.O. Box 13127**

**Austin**    **TX**    **78711-3127**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Is the claim subject to offset?
☒ No
☐ Yes

Amount: **$0.00**

---

Debtor **Devils River Distillery, LLC**     Case number (if known) **25-50960**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

**3.45**    **Nonpriority creditor's name and mailing address**

**Texas Mutual Insurance**
**6210 East Hwy. 290**

Austin     TX     78723-1098

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNT BALANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$852.15

---

**3.46**    **Nonpriority creditor's name and mailing address**

**Texas Mutual Insurance**
**6210 East Hwy. 290**

Austin     TX     78723-1098

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNT BALANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$852.15

---

**3.47**    **Nonpriority creditor's name and mailing address**

**Texas Package Stores Association**
**1122 Colorado Street, Suite 313**

Austin     TX     78701

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNT BALANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

---

**3.48**    **Nonpriority creditor's name and mailing address**

**The Hartford**
**P.O. Box 660916**

Dallas     TX     75266-0916

Date or dates debt was incurred

Last 4 digits of account number 9 4 3 9

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ACCOUNT BALANCE

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.00

Debtor **Devils River Distillery, LLC**     Case number (if known) **25-50960**

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**     Amount of claim

---

**3.49**   Nonpriority creditor's name and mailing address     **$0.00**

**Top Tier Security Consulting LLC**

**24006 Alpine Lodge**

**San Antonio    TX    78258**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.50**   Nonpriority creditor's name and mailing address     **$0.00**

**Tricorbraun**

**5122 Dietrich Rd., Ste. 100**

**San Antonio    TX    78219**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number 7 0 2 4

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.51**   Nonpriority creditor's name and mailing address     **$0.00**

**Uline**

**P.O. Box 88741**

**Chicago    IL    60680-1741**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number 6 3 8 8

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

**3.52**   Nonpriority creditor's name and mailing address     **$146.08**

**Vallance Inc.**

**1 Commercial Place**

**Schertz    TX    78154**

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **ACCOUNT BALANCE**

Date or dates debt was incurred

Last 4 digits of account number 0 8 9 8

Is the claim subject to offset?
- ☒ No
- ☐ Yes

---

| | | |
|---|---|---|
| Debtor **Devils River Distillery, LLC** | | Case number (if known) **25-50960** |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Videojet Technologies, Inc.**
**1500 Mittel Boulevard**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Wood Dale          IL     60191-1073**

**Basis for the claim:**
**ACCOUNT BALANCE**

Date or dates debt was incurred

**Is the claim subject to offset?**

Last 4 digits of account number  **2  7  3  8**

☑ No
☐ Yes

| | | |
|---|---|---|
| Debtor | **Devils River Distillery, LLC** | Case number (if known) **25-50960** |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|     |                           |     | Total of claim amounts |
|-----|---------------------------|-----|------------------------|
| 5a. | **Total claims from Part 1** | 5a. | $0.00 |
| 5b. | **Total claims from Part 2** | 5b. + | $402,663.10 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $402,663.10 |

**Fill in this information to identify the case and this filing:**

Debtor Name: **Devils River Distillery, LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number (if known): **25-50960**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/09/25**
MM / DD / YYYY

X /s/ Michael P. Cameron
Signature of individual signing on behalf of debtor

**Michael P. Cameron**
Printed name

**CEO and President**
Position or relationship to debtor